BEFORE THE SECOND DIVISION, APRIL 8, 1953

**No. 57252.**—British Industries Corp. *v.* United States, protest 194883–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of foil blades similar in all material respects to those the subject of *Castello Fencing Equipment Co., Inc.,* and *Rohner, Gehrig & Co., Inc.* v. *United States* (29 Cust. Ct. 72, C. D. 1447), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 8, 1953

**No. 57253.**—S. P. Skinner Co., Inc., and Dorf International, Ltd. *v.* United States, protest 193134–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of china or porcelain figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.